UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF LA CARRIERS, LLC, AS OWNER AND OPERATOR OF THE M/V LADY TEREA, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 22-02443<br><br>SECTION: H<br><br>JUDGE: MILAZZO<br><br>MAGISTRATE JUDGE: CURRAULT<br><br>ADMIRALTY - Rule 9(h) |

## ORDER DIRECTING POSTING OF SECURITY AND NOTICE TO THE COURT

A Complaint having been filed herein by LA Carriers, LLC (hereinafter "LA Carriers" or "Limitation Petitioner"), as owner and operator of the M/V LADY TEREA, her engines, tackle, gear, furniture, appurtenances, etc. (hereinafter "the Vessel"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501, *et seq*. and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, for any and all loss of life, injury, loss of property, destruction, or damage, arising out of the incident which occurred on July 29, 2022, all as is more fully described in Limitation Petitioner's Complaint For Exoneration From or Limitation of Liability ("Complaint") filed herein;

**NOW, THEREFORE,** on the motion of counsel for Limitation Petitioner:

**IT IS ORDERED** as follows:

1) That Limitation Petitioner shall post the security required by 46 U.S.C. § 30511(b) and Supplemental Admiralty Rule F(1) within fifteen (15) days from the date of filing of the Complaint;

2) Once Limitation Petitioner has posted security, Limitation Petitioner shall file an *Ex Parte* Motion for Approval of Security, Restraining Order, Notice to Claimants and Other Relief, along with accompanying proposed order(s) and notice(s).

1

3) Service of this order may be made through the United States Post Office by mailing a conformed copy thereof to potential claimants or to their respective attorneys, or alternatively, delivered by hand.

Signed, New Orleans, Louisiana, this 3rd day of August, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE