UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  THE MATTER OF LA CARRIERS, LLC, AS OWNER OF THE M/V LADY TEREA, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: <br><br> ADMIRALTY - Rule 9(h) |

## <u>DECLARATION OF VALUE PURSUANT TO 28 U.S.C. § 1746</u>

1.    My name is Larry E. Strouse I am over the age of 21, and I am competent and capable of making this Declaration. I have personal knowledge of the facts and statements contained herein, and each of them is true and correct to the best of my knowledge, information and belief.

2.    I am a Marine Surveyor/Appraiser with DLS Marine, a firm engaged in the survey and appraisal of vessels. I am a Certified Marine Surveyor ("CMS") and a member of the National Association of  Marine Surveyors and also a senior member of the American Society of Appraisers.

3.    I will appraise the M/V LADY TEREA, an offshore anchor handling towing vessel, using a Cost Approach to Value and Sales Comparison (market) Approach and by performing a desktop valuation to be completed within two days of date of this affidavit. I will Attach hereto as **Exhibit A**   a true and correct copy of my desktop valuation report upon completion.

4.    Based on the reported condition of the M/V LADY TEREA, and other market and cost data, it is my professional opinion that the fair market value of the LADY TEREA as of

1



July 29, 2022, did not exceed [$1,350,000], presuming there have been no material changes or modifications to the vessel that I am not aware of, which would affect the stated value or intended service.

5.  The above valuation is based on my own personal knowledge, experience, background and professional opinion as a Marine Surveyor/Appraiser. It is issued without prejudice to any party and is subject to revision if further information discloses a need, therefore.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED IN** _Mandeville, Louisiana, this First (01) day of August 2022.

Larry E. Strouse
DLS Marine



# Marine Survey & Appraisal

August 3, 2022

Valuation
As of
July 29, 2022

## M/V "LADY TEREA"

**FILE NO. 0094-33N22**

**THIS IS TO CERTIFY** that the undersigned Marine Appraiser, at the request of Mr. Tarak Anada, Esquire, and for the account of Jones Walker, LLP, appraised the M/V "LADY TEREA" in a desktop/in-office format in order to establish the value of the vessel as of July 29, 2022, for litigation purposes.

## SCOPE OF ASSIGNMENT:

The undersigned Marine Appraiser did not physically inspect subject vessel, but relied upon photographs and other pertinent information, conducted research of similar vessel recent asking and sold prices, held conversations with other owners and vessel brokers, and conducted methodology in order to establish a Fair Market Value of subject vessel in accordance with USPAP (Uniform Standards of Principal Appraisal Practice).

**Note: All sizes, shapes, dimensions, and capacities are approximate, unless otherwise noted.**

**EXHIBIT A**

 P 504.835.8505
F 504.835.9901

 www.DLSMarine.com
info@DLSmarine.com

 3017 Lime Street
Metairie, LA 70006

New Orleans | Houston | Tampa | Norfolk

 ABS

 LLOYDS Agency

## VESSEL PARTICULARS:

| | | |
|---|---|---|
| NAME | : | M/V "LADY TEREA" |
| TYPE | : | HAWSER TUGBOAT |
| SERVICE | : | OFFSHORE/OCEAN GOING |
| YEAR BUILT | : | 1995 |
| NET TONNAGE | : | 93 |
| GROSS TONNAGE | : | 117 |
| LENGTH OVERALL | : | 76' |
| BEAM | : | 26' |
| DEPTH | : | 10' |
| DRAFT | : | 8.5' |
| HEIGHT OF EYE | : | 33' |
| MAIN PROPULSION | : | (2) CATERPILLAR 3412 12-CYLINDER |
| REDUCTION GEARS | : | (2) TWIN DISC MG 520 (6:1 RATIO) |
| TAILSHAFTS/PROPELLERS | : | (2 EACH) 6"/ 72"X48" 4-BLADE STAINLESS |
| GENERATORS | : | (2) DETROIT DIESEL 50-KW |
| TOW WINCH | : | SMATCO DOUBLE DRUM (1800' 1.25 WIRE) |
| ELECTRONICS | : | RADAR, VHF & SS RADIO, GPS, AIS, ANEMOMETER, FATHOMETER, AUTOPILOT |
| DIESEL CAPACITY | : | 22,000 GALLONS |
| LUBE OIL CAPACITY | : | 600 GALLONS |
| POTABLE WATER CAPACITY | : | 4,000 GALLONS |
| USCG | : | COI AND SUBCHAPTER-M COMPLIANT |

## GENERAL DESCRIPTION:

The vessel is an offshore/sea-going tugboat with 2-level superstructure and raised pilothouse with tow winch and alternate enclosed operators station fitted on aft deck.

Interior accommodations for six personnel, galley, water closets, storage lockers and cabinets, and fiddley with various elements of machinery.

## HULL COMPARTMENTATION:

Hull compartmentation consists of void spaces, ballast compartments, fluid tanks, machinery space, lazarette, and steering gear.

## MACHINERY:

Main propulsion is produced by (2) Caterpillar, model 3412, 12-cylinder diesel engines, each developing 625 BHP at 1,800 RPM for a total of 1,250-HP.

Electrical power is developed by two Detroit Diesel engines powering 50-KW generator sets.

Additional auxiliary equipment consists of various pumps, electric motors, and other ancillary equipment necessary for operation of the vessel.

## SERVICE:

The vessel is designed as an offshore Gulf of Mexico and ocean-going vessel having aboard all required safety equipment for its area of operation.

## CERTIFICATES/DOCUMENTS:

Reportedly, the vessel is USCG Subchapter-M compliant and has a current COI (Certificate of Inspection).

## EXTRAORDINARY ASSUMPTION:

Presumably the vessel is in good operating condition, well founded, and properly maintained, with propulsion and generator engines having reasonable operating hours for a vessel of this class and service.

## VALUATION:

Opinion of **Fair Market Value** of M/V "LADY TEREA" as of July 29, 2022**:**

### $1,350,000 US

*Fair Market Value: is defined as an opinion, expressed in terms of money, at which a property would change hands between a willing and able buyer and a willing seller, neither under any compulsion to buy or sell, and both having reasonable knowledge of relevant facts, as of a specific date.*

## VALUATION NARRATIVE:

This Fair Market Value is dependent upon the limiting conditions and assumptions noted below. This value is a statement of opinion.  No guarantee can be given that this opinion of value will be sustained or that it will be realized in an actual transaction.

In accordance with American Society of Appraisers (ASA) and Uniform Standards of Principal Appraisal Practice (USPAP) requirements and standards, the three approaches to value, Cost, Sales Comparison, and Income were considered in this appraisal.  The Cost approach was considered, and the calculations were such that the results confirmed the Market approach FMV. Subsequently, the income approach was not utilized as significant information pertaining to income and expenses of the vessel were not available to the appraiser.  Furthermore, utilizing the income approach can yield invalid results.  Therefore, the sales comparison approach being the highest and best approach to value was relied upon 100%.

In the sales comparison approach, it is appropriate to use asking prices of similar vessels currently on the market as well as recent actual past sales of similar vessels to the vessel being appraised.  Adjustments are made, plus or minus, to render the vessel being compared as closely identical as possible to the vessel being appraised.

There are currently few vessels of similar characteristics of the vessel being appraised that have been recently sold.  The two recent sales of similar vessels were for $1,600,000 and $1,300,000. The appraiser, after making adjustments for differences in the characteristics and equipment complement of the three vessels, arrived at the Fair Market Value as published herein.

There were additional vessels found in research that were significantly older than the vessel being appraised with asking and or sold prices in the range of $700,000 to $1,100,000.  There were also two vessels of similar characteristics to the vessel being appraised that were significantly younger than the vessel being appraised, and these vessels were built 2005 and 2008.  The asking prices for these vessels were $2,000,000 and $2,500,000.

The known sales were referenced and compared with the final FMV.  It appears that the known sales strongly support the value developed as described herein.

## SPECIFIC REFERENCE MATERIAL:

1.      DLS database
2.      Damco Marine, Inc. brokerage website
3.      Raleigh Bourg website and conversation
4.      Provided information by vessel owner
5.      Heartland vessel brokerage
6.      Sun Machinery Corp.
7.      Ocean Marine Brokerage Services

**LIMITING CONDITIONS:**

1.    This is a limited scope appraisal report which was done for litigation purposes.  Supporting documentation concerning the data developed, and the value calculations, is retained in the appraisal file.

2.    The values given in this appraisal are for the stated valuation dates only, and only for the stated purpose.

3.    The vessel was appraised under the assumption that there was responsible ownership and management, competent crewing, and ongoing maintenance.

4.    The vessel was appraised on the premise that it was free and clear of all encumbrances, mortgage debt, and special liens.

5.    Value is considered to be in cash.  Contracts or charters, if any, are not considered in reaching the value.

6.    We are unaware of any significant potential environmental hazards associated with this equipment other than normal on-board fuel and lubes.

7.    The values noted above are based on the unit's assumed existing and retrospective condition and location.

8.    It is assumed that the vessel is in full compliance with all applicable international, federal, state or local regulations unless otherwise stated in the report.

9.    No responsibility is assumed for latent defects of any nature that could have an affect on the equipment's value.  No determination of stability characteristics or inherent structural integrity has been made, and no opinion is expressed with respect thereto.

10.    Equipment descriptions are included in the report for purposes of identification and classification.  Descriptions are intended for informational purposes only but are not intended to detail all conditions or list all features associated with each item described.

11.    This report was prepared for the client of record, as noted, in order to provide an opinion of value under an assumed set of circumstances as requested and mutually agreed upon by that client.  Any legal defense, court or deposition preparation related to it will be considered a new and separate assignment.

12.    This report was made by Dufour, Laskay & Strouse, Inc. and will be considered as confidential.  Copies of this report will only be made available to other parties with prior written consent of the purchaser/owner of this report.  Any confidential information received in preparation of this report will be kept confidential.

13.    Information supplied by others that was considered and utilized in constructing this report is from sources believed to be reliable and no further responsibility is assumed for its accuracy.

## PROCEDURES AND ANALYSIS:

In general, marine equipment is built for a dynamic market and can be used worldwide, subject to limitations in mobilization, both physical and economical. In estimating the value of equipment, its age, condition, and outfitting are important factors.

To determine the value of a vessel or unit of marine equipment, an attempt is made to utilize the three approaches to value as explained below:

Using the **cost approach**, the appraiser starts with the current replacement or reproduction cost of the property being appraised and then deducts for the loss in value caused by physical deterioration, functional obsolescence, and economic obsolescence. The logic behind the cost approach is the principle of substitution: a prudent buyer will not pay more for a property than the cost of acquiring a substitute property of equivalent utility.

For the cost approach analysis, we determine equipment's current day replacement cost, the cost of building a new vessel of like design, capacity and/or horsepower at the current market rates. After deducting an estimated residual value, this value is then depreciated over the expected economic life of a similar piece of equipment. The calendar remaining economic life is adjusted, either up or down, for the condition of the equipment as noted by the surveyor at time of survey to reflect the apparent physical remaining economic life.

Equipment that has recently been rebuilt or repowered would have years added to its remaining expected economic life. Conversely, equipment in need of repairs, maintenance, or repowering would have years removed from its remaining expected economic life.

With the **sales comparison approach,** the basic procedure is to gather data on sales and offerings of similar properties, determine their comparability to the subject property, determine the appropriate units of comparison, collect and array the data, analyze and adjust the data, and apply the results to the subject.

We continue to analyze value by the sales comparison approach when appropriate data and information are available. Here, comparable sales, current asking prices, and general market conditions are considered. The comparables found are adjusted to match the subject being appraised. Some of the information on comparables is based on our constant contact with owners, operators, brokers, buyers, and sellers of all types of marine and marine related equipment.

Value is also analyzed by the **income approach**, but only when sufficient historical data, such as income flows and related expenses, are provided to the appraiser.

The **income approach** is a method for measuring the present value of a marine asset's expected future benefits, usually via a discounted cash flow analysis.

## GENERAL REFERENCE SOURCES:

This office maintains a journal in which information regarding new construction costs, day rates, repair costs, operational costs, actual/reported sales, and market/industry trends gleaned by this office are recorded.  The journal was started during 1966 and provides much information that is used in the adjustment for equipment marketability.

Dufour, Laskay & Strouse, Inc. also maintains a computer database of thousands of vessels and other equipment of all types valued by our office since 1988 and CD-ROM access to domestic and international vessel databases.

The definitions used in Dufour, Laskay & Strouse, Inc. appraisal reports are based on those adopted by The American Society of Appraisers Machinery & Technical Committee in 2010.

## SURVEYOR'S CERTIFICATION:

**I certify that, to the best of my knowledge and belief:**

1.      The statements of fact contained in this report are true and correct.

2.      The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3.      I have no present or prospective interest in the vessel that is the subject of this report, and no personal interest with respect to the parties involved.

4.      We are currently unaware of ever having previously provided any professional services involving this marine asset within the last three years.  While we attempt to follow owner and name changes, many are not recorded, or not recorded in a manner that provides reasonable transparency.

5.      I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

6.      My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7.      My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8.      My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice.*

9.      I have not made a personal inspection of the property that is the subject of this report and have not previously provided appraisal service pertaining to this vessel.

9.    No one provided significant personal property appraisal assistance to the person signing this certification.

I, Capt. Larry Strouse, hereby certify that, to the best of my knowledge and belief, the statements of fact contained in this report are true and correct, and this report has been prepared using the guidelines of the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation and the Principles of Appraisal Practice and Code of Ethics of the American Society of Appraisers.

The American Society of Appraisers has a mandatory re-certification program for all of its Senior Members.  I, Capt. Larry Strouse, am in compliance with that program.

Survey, made, signed, and submitted without prejudice to the rights and/or interests of whom it may concern.

Attending Appraiser:



Capt. Larry E. Strouse, Appraiser
NAMS – CMS (Retired)
ASA Senior Member (Retired)– No. 008103
U.S.C.G. Licensed Master
DLS Marine

Distribution:

Report and Invoice
Jones Walker LLP
Attn: Tarak Anada
Via Email: tanada@joneswalker.com
              jtillery@joneswalker.com

# CAPT. LARRY E. STROUSE
(Consultant Semi-retired)
(Curriculum Vitae)

## AREAS OF EXPERTISE:

- **VESSEL OPERATIONS EXPERT**
- **NAVIGATION SAFETY EXPERT**
- **MARINE SURVEYING EXPERT**
- **YACHT APPRAISAL**
- **MACHINERY AND EQUIPMENT APPRAISAL**
- **COMMERCIAL VESSEL APPRAISAL**
- **GAMING VESSEL APPRAISAL**
- **SPECIALIZED CARGO**
- **INSURANCE CLAIM SPECIALIST**
- **APPRAISAL OF CRANES**
- **APPRAISAL OF INTERMODAL EQUIPMENT**
- **APPRAISAL OF SATURATION DIVE SYSTEMS**
- **APPRAISAL OF ROV'S**

## PROFESSIONAL BACKGROUND:

Associated with Dufour, Laskay & Strouse (DLS) as a vice president since 1997 and semi-retired in 2010. With over 40 years in the Marine Industry as a Captain continuously possessing an unlimited USCG Masters License and as a Marine Surveyor, developed a wealth of experience and knowledge in vessel operations and safety as well as all types of vessel appraisal plus knowledge of specialized cargoes and all facets of Marine Surveying.

Qualified as an expert in vessel operations, vessel safety, shipyard operations, vessel value, personal watercraft and yacht operation/safety.

Testimony has been positively recognized in the US House of Representatives, and in Federal Appellate Court plus numerous Federal, State, and municipal courts throughout the US.

## PROFESSIONAL CERTIFICATION/MEMBERSHIPS:

American Society of Appraisers (ASA) Accredited Senior Member

National Association of Marine Surveyors (NAMS) Certificate N0. 118-430-4 (Retired)

## PUBLISHED ARTICLES:

Duties of a Marine Surveyor "LAKE PONCHARTRAIN AND BEYOND"  1992
"ENTERPRISE VALUE" (as applied to Marine Appraisal) MTS Journal-ASA  2003
American Society of Appraisers (ASA) Yacht Discipline-Examination 2004

# LIST OF CASES
## (2015-Present)

The following is a list of cases in which Capt. Larry E. Strouse has participated and in accordance with Federal Rule:
"List all other cases in which, during the previous (6) years, the witness testified as an expert at trial or by deposition".

| | YEAR | CASE NAME | CASE IDENTIFICATION | VESSEL(S) | RETAINED BY | REPORT DEPOSITIONS COURT TESTIMONY | PLAINTIFF OR DEFENSE |
|---|---|---|---|---|---|---|---|
| 304 | 2015 | Privocean Shipping Ltd and Bariba Corp petitioning for exoneration from or limitation of liability | USDC-EDLA Civil Action No. 2:15-1121c/w 15-1137 &15-1206 Section (A) | M/V PRIVOCEAN | Preis, PLC (David Flotte) | R/T | P |
| 307 | 2015 | Harmony Transport, SA and Wisdom Marine Lines, SA Vs T/V Gary Reed and Kirby Barge 27720 and Kirby Inland Marine, LP; Vs Stolt Tankers B.V. and Stolt Innovation | USDC-Southern District of Texas(Houston Division) C.A. No. 4:14-cv-01397 Rule 9 (h) Admiralty | M/V GARY REED KIRBY BARGE 27720 M/T STOLT INNOVATION | Stepp & Sullivan (Dennis Sullivan) | R/D | P |
| 300 | 2015 | Kirby Inland Marine, LP Consolidated with Sea Galaxy Marine, SA & Cleopatra Shipping Agency | USDC-Southern District of Texas(Galveston Division) C.A. No. 4:14-cv-1321 Admiralty- Rule 9 (h) C.A. No. 3:14-cv-00134 Admiralty –Rule 9 (h) | M/V MISS SUSAN & Kirby Barge 27705 & 27706 M/V SUMMER WIND | Originally Stepp & Sullivan (Dennis Sullivan)-Transferred to Shipley, Snell & Montgomery LLP (George Shipley/Amy Snell) | R/D/Court Testimony | D |
| 305 | 2015 | Freddie Populis Vs State of Louisiana, DOTD, Lester C. Ledet III and Allstate Insurance Company | 40th Judicial District Court Parish of St. John State of Louisiana Docket No. 65830 Division B | M/V NEW ROADS | State of Louisiana Assistant District Attorney General Mr. William Culver Esquire | R/D | D |
| | | Sandra Bovie, Byron Thomas, Mary Lou Bourdin, and Mary Mitchell Vs State of Louisiana Through the Department of Highways | 40th Judicial District Court Parish of St. John State of Louisiana Docket No. 66201 Division B | | State of Louisiana Assistant District Attorney General Mr. William Culver Esquire | R/D | D |
| | | Pamela Lewis Vs State of Louisiana Through the Department of Highways Unknown Captain and Unknown Deckhands | 40th Judicial District Court Parish of St. John State of Louisiana Docket No. 66201 Division A | | State of Louisiana Assistant District Attorney General Mr. William Culver Esquire | R/D | D |
| 306 | 2015 | Marquette Transportation Company Gulf Inland LLC Vs M/V Chembulk Westport | USDC-EDLA Civil Action No. 13-6216-c/w 14-2071 | M/V KRISTEN ALEXIS M/V CHEMBULK WESTPORT | Murphy, Rogers, Sloss & Gambel Atty. Peter Sloss and Timothy DePaula | R/ | D |
| 307 | 2015 | Ingram Barge Company  as owner of the M/V Dale Heller and various barges consolidated with American Commercial Lines LLC, as owner Pro Hac Vice of the M/V Loyd Murphy Official Number 552330 for limitation or exoneration of Liability | USDC-Northern District of Illinois Civil Action No; 13-cv-3453 Civil Action No; 13-cv-4292 Eastern Division Judge Amy J. St. Eve | M/V DALE A. HELLER and tow M/V LOYD MURPHY | Schroeder, Maundrell, Barbiere & Powers Atty: Megan Ahrens & Todd M. Powers | R/D | D |
| 308 | 2016 | John D. Richard Vs Inland Dredging Co LLC | ? | Dredge KELLY L | Ashley & Ashley Atty: Matt Willis | R/D | D |
| 309 | 2017 | Shella Felix Bayham/Wricks Vs Donald Rojas, Louisiana DOTD, Crescent City Connection Marine Div. | 24th Judicial District Court Parish of Jefferson State of Louisiana Case 714-294, Div. "B" D2 Judge "Regan | LOUIS B. PORTIERE | LA Attorney General William Culver | R/Court Testimony | D |
| | | | | | | | |

| | YEAR | CASE NAME | CASE IDENTIFICATION | VESSEL (S) | RETAINED BY | REPORT DEPOSITION COURT TESTIMONY | PLAINTIFF DEFENSE |
|---|---|---|---|---|---|---|---|
| 310 | 2017 | Privocean Shipping Ltd and Bariba Corporation As Owners and Managing Owners of the M/V "PRIVOCEAN" Petitioning For Exoneration From or Limitation of Liability | USDC-EDLA Civil Action No. 2:15-1121c/w 15-1137 and 15-1206 District Judge Section A Judge Zainey and Magistrate Judge (Div. 3) Knowles | PRIVOCEAN | Salley, Hite, Mercer & Resor LLC David Flotte, Genusa Piacun Joe Piacun | R | P |
| 323 | 2018 | Tokio Marine Kiln Syndicate 1880 et al Vs Steel City Marine Transport, Inc. et al M/V GREGORY DAVID & TOW | USDC-MDLA Civil Action No. 17-354-JWD-EWD | M/V GREGORY DAVID | Deutsch Kerrigan LLP Joe Devall | R/D | D |
| 326 | 2019 | ADM International SARL Vs River Ventures, LLC et al | USDC-EDLA Civil Action 2:18-cv-03466 | M/V FREEDOM | Salley, Hite, Mercer & Resor LLC David Flotte | R/Court Testimony | P |
| 329 | 2018 | Marquette Transportation Co. Inc. Vs Kostamayer Construction Co. inc. | USDC-EDLA | M/V KAY ECKSTEIN | SCIALDONE Law Firm, LLC | Court Testimony | P |
| 330 | 2019 | M/V NATALIE JEAN (Limitation) | USDC-EDLA CIVIL ACTION NO. 2:18-CV-O6488 Judge Lance Africk; Mag; Judge Michael B. North | M/V NATALIE JEAN | DEUTSCH, KERRIGAN, LLP WALTER MAESTRI | R | D |
| 331 | 2019 | TROY MORAN VS FOREMOST MARITIME COMPANY, LLC FOREMOST SHIP MANAGEMENT COMPANY, LLC M/V KANG MAY & ASSOCIATED TERMINALS, LLC | USDC-EDLA civil action case no. 19-00642, SECTION-A, JUDGE ZAINEY; MAGISTRATE DIVISION 1; JUDGE VAN MEERVELD | M/V KANG MAY | GIANUSSA, PIACUN & RULI JOSEPH PIACUN | R | P |
| 332 | 2020 | ENTERGY LOUISIANA, LLC VS DEVALL TOWING AND BOAT SERVICE OF HACKBERRY, LLC AND ORION MARINECONSTRUCTION, INC. | USDC-WDLA LAKE CHARLES DIVISION, CASE NO. 2:19-CV00583, JUDGE JAMES D CAIN JR., MAGISTRATE KATHLEEN KAY | M/V MATT DEVALL | ENTERGY LOUISIANA COUNSEOR. OURS AND N. GREEN | R/D | P |
| 333 | 2020 | BRANDON E. WALKER VS SUNLAND CONSTRUCTION INC. AND COLONIAL PIPELINE COMPANY | USDC-EDLA CIVIL ACTION NO. 2:19-CV-OO3338; SECTION T; JUDGEGREG GERARD GUIDRY; MAGISTRATE JUDGE JOSEPH WILKINSON JR. | (UNNAMED PONTOON) | DUPLASS ZWAIN RACHEL SMITH | R | D |
| 334 | 2021 | MARK MULLEN VS DAIGLE TOWING SERVICE, LLC AND AMERICAN COMMERCIAL BARGE LINE, LLC | USDC-EDLA CAUSE NO. 2:19-CV-11954-MCLF-DMD JUDGE FELDMAN | M/V MISS LAURIE | MATTHEW AMMERMAN | R | D |
| 335 | 2021 | MARY MARTINEZ AND SONYA DEWEESE VS STATE OF LOUISIANA DOTD | 19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE STATE OF LOUISIANA SUIT NO. 678159 DIV. 23, 19TH | M/V ST. FRANCISVILLE | FLANAGAN PARTNERS BRANDON BRISCOE | R/D | D |
| 336 | 2021 | MAAS SHIPPING LTD. OSR ROTTERDAM BV, HELLAS COFIDENCE SHIPMGMT SA,NST ENTERPRIS SA, BELSHIPS MANAGEMENT SIGAPORE AND BELSHIPS ASA VS M/V F.R. BIGELOW, IN REM INGRAM BARGE CO., INPERSONAM M/V CSS ATLANTA,INC. IN PERSONAM , AND CARLINE | USDC-EDLA CIVIL ACTION NO. 19-12025, JUDGE FELDMAN MAGISTRATE ROBY | M/V F. R. BIGELOW | WILSON ELSER MOSKOWITZ EDELMAN& DICKER, LLP MICHAEL HAROWSKI | R | D |

| | | MANAGEMENT COMPANY,INC.IN PERSONAM | | | | | |
|---|---|---|---|---|---|---|---|
| 337 | 2022 | JOHN WILLIAMS AND LAD COMPANY VS RE; MARQUETTE TRANSPORTATION COMPANY GULF INLAND LLC | USDC-EDLA CIVIL ACTION NO. 6:18-CV-01222 (LEAD) : No. 6:18-CV 01238 (MEMBER); 6:18-CV-01250 (Member) JUDGE SUMMERHAYS MAGISTRATE HANNA | M/V RANDY ECKSTEIN | CREED LAW FIRM RICHARD CREED DEUTSCH KERRIGAN BERT CASS | R | P |
| 338 | 2018 | BARBARA CARTER VS JUAN OLIVARES AND STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTAION AND DEVELOPMENT | 18TH JDC; IBERVILLE PARISH; DOCKET NO. 76,087, DIVISION "D",ORM: B699200746-0002-02 TPA: 16M0207CA0029 | M/V ST. FRANCISVILLE | LA. ATTORNEY GENERAL'S OFFICE DELEUSIA WOMACK | R/D | D |
| 339 | 2021 | LOTINA NAVIGATION COMPANY AND MARFIN MANAGEMENT S.A.M. AS OWNER AND MANAGING OWNERS OF THE M/V JALMA TOPIC SEEK LIMITATION OF LIABILITY | USDC-EDLA  ? | M/V JALMA TOPIC | SALLEY, HITE, MERCER,& RESOR, LLC DAVID FLOTTE | R | P |
| 340 | 2022 | BELLE PASS MARINE TRANSPORTATION LLC AS OWNER OF THE M/V "SOUTHERN BELLE" SEEKS LIMITATION OF LIABILITY | USDC-EDLA CIVIL ACTION NO. 21-00275, SECTION G (3) | M/V SOUTHERN BELLE | MOULEDOUX, BLAND, LEGRAND & BRACKETT LLC TREVOR CUTAIAR | R | P |
| 341 | 2022 | ? | USDC-EDLA | M/V LADY TEREA | JONES WALKER LLP TARAK ANADA JEFF TILLERY | | |

 **Marine Survey & Appraisal**

## DUFOUR, LASKAY & STROUSE
## FEES AND EXPENSES FOR LITIGATION SERVICES

### HULL AND MACHINERY

#### Effective April 1, 2022

Litigation support (reviewing data, sighting vessel)...............$275.00 per hour
Court/Deposition appearance (Local Area)........................$400.00 per hour (Min. $600.00)
      Out of Town..................................................$300.00 per hour (Min. 8 hours)

Appraisal review and consultation...................................$300.00 per hour

Report Production Fee......................................................5.5% of Total Fees or $125.00 minimum

### EXPENSES

Auto travel ......................................................... .........$1.50 per mile ($75.00 minimum)
Photos on CD/Flash Drive .................................... .........$25.00/$10.00 each additional
Airfare, hire, auto rental, lodging, and
    subsistence, where applicable ....................................... .........Billed at cost
Launch service ............................................................. .........Billed at cost

P 504.835.8505   www.DLSMarine.com   3017 Lime Street
F 504.835.9901   info@DLSmarine.com   Metairie, LA 70006

**New Orleans | Houston | Tampa | Norfolk**

