UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF LA CARRIERS, LLC, AS OWNER AND OPERATOR OF THE M/V LADY TEREA, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 22-02443<br><br>SECTION: H (2)<br><br>JUDGE JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT<br><br>ADMIRALTY - RULE 9(H) |

## BOND UNDER RULE F AND OTHER SUPPLEMENTAL RULES OF CERTAIN ADMIRALTY AND MARITIME CLAIMS

**WHEREAS,** LA Carriers, LLC, as owner of the M/V LADY TEREA, bearing Vessel ID No. 1042777, has filed a Complaint for Exoneration from or Limitation of Liability (R. Doc. 1) on account of all losses and damages resulting from the incident described therein, and in which Complaint, Complainant prays that an injunction be issued restraining the commencement or prosecution of any actions arising out of the matters which form the subject of the Complaint;

**WHEREAS,** Complainant, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, herewith files with this Court this Bond with approved surety in the sum of $1,000,000.00, which sum is equal to policy limits of Complainant's Primary insurance policy applying to the alleged incident described in the Complaint.

**NOW THEREFORE,** in consideration of the premises, Complainant, as principal, and United States Fire Insurance Company, as surety, hereby undertake jointly, severally and in solido, in the sum of $1,000,000.00, to abide by further orders of this Court and to pay into the Registry of the Court whenever the Court shall order, a sum equal to the amount or value of this Bond; and

3337065 v1


EXHIBIT 2

pending payment of said amount, this bond and surety shall stand as security for all claims filed in said proceeding. However, in no event shall the aggregate liability of the surety exceed $1,000,000.

Signed this 5th day of August, 2022.

Respectfully submitted,

As Principal:

By: _____
Jefferson R. Tillery
Attorney for LA Carriers, LLC

United States Fire Insurance Company, Surety

By: _____
Amanda Riedl, Attorney-in-Fact
Bond No. 612405540

#100573975v12

**POWER OF ATTORNEY**
**UNITED STATES FIRE INSURANCE COMPANY**
**PRINCIPAL OFFICE - MORRISTOWN, NEW JERSEY**

**KNOW ALL MEN BY THESE PRESENTS:** That United States Fire Insurance Company, a corporation duly organized and existing under the laws of the state of Delaware, has made, constituted and appointed, and does hereby make, constitute and appoint: **Clark Fitz-Hugh; Conway C. Marshall; Elizabeth W. Kearney; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Stephen Beahm; Kristine Donovan; Jessica Palmeri; Elizabeth Schott; David C. Joseph; Roxanne Craven; Andrea Becker; Kelli Cross; Amanda Riedl of International Sureties, Ltd.**
each, its true and lawful Attorney(s)-In-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver: Any and all bonds and undertakings of surety and other documents that the ordinary course of surety business may require, and to bind United States Fire Insurance Company thereby as fully and to the same extent as if such bonds or undertakings had been duly executed and acknowledged by the regularly elected officers of United States Fire Insurance Company at its principal office, in amounts or penalties not exceeding: **One Hundred Twenty Five Million Eight Hundred Dollars ($125,800,000)**

This Power of Attorney limits the act of those named therein to the bonds and undertakings specifically named therein, and they have no authority to bind United States Fire Insurance Company except in the manner and to the extent therein stated.

This Power of Attorney revokes all previous Powers of Attorney issued on behalf of the Attorneys-In-Fact named above and expires on January 1, 2023.

This Power of Attorney is granted pursuant to Article IV of the By-Laws of United States Fire Insurance Company as now in full force and effect, and consistent with Article III thereof, which Articles provide, in pertinent part:

> Article IV, Execution of Instruments - Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation:
>
> (a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements;
> (b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.
>
> Article III, Officers, Section 3.11, Facsimile Signatures. The signature of any officer authorized by the Corporation to sign any bonds, guarantees, undertakings, recognizances, stipulations, powers of attorney or revocations of any powers of attorney and policies of insurance issued by the Corporation may be printed, facsimile, lithographed or otherwise produced. In addition, if and as authorized by the Board of Directors, dividend warrants or checks, or other numerous instruments similar to one another in form, may be signed by the facsimile signature or signatures, lithographed or otherwise produced, of such officer or officers of the Corporation as from time to time may be authorized to sign such instruments on behalf of the Corporation. The Corporation may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Corporation, notwithstanding the fact that he may have ceased to be such at the time when such instruments shall be issued.

**IN WITNESS WHEREOF**, United States Fire Insurance Company has caused these presents to be signed and attested by its appropriate officer and its corporate seal hereunto affixed this 10th day of March, 2016.

**UNITED STATES FIRE INSURANCE COMPANY**

Anthony R. Slimowicz, Executive Vice President

State of New Jersey }
County of Morris   }

On this 10th day of March 2016, before me, a Notary public of the State of New Jersey, came the above named officer of United States Fire Insurance Company, to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seal of United States Fire Insurance Company thereto by the authority of his office.

SONIA SCALA
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 3/25/2024
No. 2163686

Sonia Scala, (Notary Public)

I, the undersigned officer of United States Fire Insurance Company, a Delaware corporation, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy is still in force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal of United States Fire Insurance Company on the ___5___ day of __August__, 20~~21~~ 2022.



**UNITED STATES FIRE INSURANCE COMPANY**

Daniel Sussman, Senior Vice President

*For verification of the authenticity of the Power of Attorney, please contact 860-956-3424 or email: patricia.taber@amyntagroup.com