August 5, 2022


EXHIBIT 3

**Via E-Filing**

Carol L. Michel
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Re: *In Re: The Matter of LA Carriers, LLC, As Owner and Operator of the M/V LADY TEREA, Petitioning for Exoneration From or Limitation of Liability*
United States District Court for the Eastern District of Louisiana, Case No. 22-2443
Our File No. 187087-00

Dear Ms. Michel:

Certain parties have or may in the future claim to have sustained damage and/or seek recovery in relation to an incident occurring on or about July 29, 2022, aboard the F/V HUMPTY DUMPTY and the F/V ELI's INHERITANCE, as more fully described by the facts and circumstances set forth in the Complaint for Exoneration from or Limitation of Liability (R. Doc. 1), and as a result have filed or may cause to be filed actions and claims under the laws of the United States, the General Maritime Law, and/or laws of the State of Florida and/or Louisiana for damages and/or recovery resulting from the aforementioned incident.

In connection with the Complaint for Exoneration from or Limitation of Liability filed in the above-referenced matter and consistent with the requirements of 46 U.S.C. §§ 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, Petitioner in Limitation, LA Carriers, LLC ("LA Carriers"), along with its Excess Insurers subscribing to Cover Note TRC-411932 (UMR: B0507FRL2100009TR/45), hereby agree as follows:

1. LA Carriers and its Primary Insurers, in compliance with Rule F and other Supplemental Rules for Admiralty or Maritime Claims, separately will file or have filed an undertaking in the sum and amount of ONE MILLION US DOLLARS AND NO/100 ($1,000,000.00), for the benefit of any parties who have or who may file claims in the above-referenced matter, representing a portion of the fair market value of the vessel M/V LADY TEREA. It is noted that the ONE MILLION US DOLLARS AND NO/100 ($1,000,000.00) in coverage under the Primary policy will be reduced as expenses are incurred.

2. LA Carriers and its Excess Insurers, in compliance with Rule F and other Supplemental Rules for Admiralty or Maritime Claims, herewith file with this Court this undertaking in the sum and amount of THREE HUNDRED AND FIFTY THOUSAND US DOLLARS AND NO/100 ($350,000.00), to be increased as expenses are paid by Primary, plus interest on the full amount of the ONE MILLION THREE HUNDRED AND FIFTY THOUSAND AND NO/100 US DOLLARS ($1,350,000.00) undertaking at six percent (6%) per annum from the date of this filing for the benefit of any parties who have or who may file claims in the above-referenced matter, representing the remaining portion of the fair market value of the M/V LADY TEREA. This undertaking is always subject to the terms, conditions and exclusions of the applicable policy to which the Excess Insurers subscribe.

3. It is noted that the Primary Policy noted above erodes as expenses are incurred.

4. The above amounts reflect the value of LA Carriers' interest in the M/V LADY TEREA and all of her pending freight as of July 29, 2021, and that this amount and undertaking is being submitted by LA Carriers and insurers pursuant to a valuation of the vessel;

5. If necessary and to the extent the Court considers this Letter of Undertaking to be insufficient security under Rule F, LA Carriers and insurers will abide by further orders of the Court, subject to the policy limits and terms and conditions of the policies of insurance provided by insurers;

6. That pending payment of said amount, this undertaking shall stand as security for all claims filed in said proceedings;

7. Upon demand and upon order of the Court, LA Carriers will cause to be filed in said action, bonds with an approved corporate surety, in the amount of ONE MILLION THREE HUNDRED AND FIFTY THOUSAND AND NO/100 US DOLLARS ($1,350,000.00), with interest thereon at six percent (6%) per annum from the date of this filing. The Excess Insurers will not be required to post a bond, but rather LA Carriers shall do so, if so ordered by the Court. In the event the bond referred to in this paragraph is filed, LA Carriers shall have no further obligation under this letter of undertaking;

8. Should a final judgment after appeal be rendered in this matter by the Court against LA Carriers and/or the M/V LADY TEREA, LA Carriers and its Primary Insurers agree to be liable for said judgment in an amount not to exceed ONE MILLION US DOLLARS AND NO/100 ($1,000,000.00); LA Carriers and its Excess Insurers agree to be liable for said judgment in an amount not to exceed THREE HUNDRED AND FIFTY THOUSAND AND NO/100 US DOLLARS ($350,000.00) plus interest on the full amount of the ONE MILLION THREE HUNDRED AND FIFTY THOUSAND AND NO/100 US DOLLARS ($1,350,000.00) undertaking at six percent (6%) per annum from the date of this filing, always subject to the terms, conditions and exclusions of the policies; and LA Carriers agrees to be liable for said judgment in any amount in excess of its applicable insurance policies' limits.

9. Notwithstanding anything herein, the amount of undertaking or bond can also be reduced by agreement of the parties, or failing said agreement, by order of the Court pursuant to customary admiralty practice and the Supplemental Rules for Admiralty of Maritime Claims.

It is further understood and agreed that execution of this letter by the authorized representatives for and on behalf of Excess Insurers shall not be construed as binding upon the law firm of Jones Walker LLP or any of its partners or employees, but is binding only upon LA Carriers, LLC and Excess Insurers to the extent of the undertaking stated above.

Sincerely,

For and On Behalf of LA Carriers, LLC

Excess Insurers:



05/08/2022

Greg Davis
Authorized Representative of Liberty Mutual Insurance Europe SE Severally Subscribing 14.835165% of 82.5% of Cover Note Number TRC-411932



05.08.2022

Lucy Smith
Authorized Representative of Certain Underwriters at Lloyd's, London Severally Subscribing 85.164835% of 82.5% of Cover Note Number TRC-411932[1]

Eddie Gray
Authorized Representative of Starstone National Insurance Company, Severally Subscribing 17.5% of Cover Note Number TRC-411932

---

[1] The Lloyd's subscribers are Syndicates 609, 3000, 2001, 2121, 33, 2623, 623 and 457.

#100569140v1{N4181434.2}
August 4, 2022
Page 3
PD.38669205.1

It is further understood and agreed that execution of this letter by the authorized representatives for and on behalf of Excess Insurers shall not be construed as binding upon the law firm of Jones Walker LLP or any of its partners or employees, but is binding only upon LA Carriers, LLC and Excess Insurers to the extent of the undertaking stated above.

Sincerely,

For and On Behalf of LA Carriers, LLC

Excess Insurers:

Greg Davis
Authorized Representative of Liberty Mutual Insurance Europe SE Severally Subscribing 14.835165% of 82.5% of Cover Note Number TRC-411932

Lucy Smith
Authorized Representative of Certain Underwriters at Lloyd's, London Severally Subscribing 85.164835% of 82.5% of Cover Note Number TRC-411932[1]

John Reitwiesner
Authorized Representative of Starstone National Insurance Company, Severally Subscribing 17.5% of Cover Note Number TRC-411932

---

[1] The Lloyd's subscribers are Syndicates 609, 3000, 2001, 2121, 33, 2623, 623 and 457.

#100569140v1{N4181434.2}

August 4, 2022
Page 3
PD.38669205.1