UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  THE MATTER OF LA CARRIERS, LLC, AS OWNER AND OPERATOR OF THE M/V LADY TEREA, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 22-02443<br><br>SECTION: H (2)<br><br>JUDGE JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT<br><br>ADMIRALTY - RULE 9(H) |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes LA Carriers, LLC. ("LA Carriers"), who pursuant to Federal Rule of Civil Procedure 7.1, hereby gives notice that:

1. LA Carriers is a non-governmental limited liability company organized under the laws of the State of Louisiana. LA Carriers has no parent corporation and no publicly held corporation owns ten percent (10%) or more of LA Carriers' stock.

Respectfully submitted,

*/s/ Tarak Anada*
JEFFERSON R. TILLERY (La. Bar No. 17831)
TARAK ANADA (La. Bar No. 31598)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8000
Facsimile:    (504) 589-8583
E-Mail:    jtillery@joneswalker.com
             tanada@joneswalker.com

***Attorneys for Limitation Petitioner, LA Carriers, LLC***

#101450427v1                                        1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via this Court's CM/ECF system on this 27th day of June, 2023.

               */s/ Tarak Anada*
               TARAK ANADA